IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   06-cr-00283-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JAMES HUBER,

      Defendant.

---

## ORDER

---

      The government's motion for the three level acceptance of responsibility

reduction pursuant to §3E1.1 having come before the Court and the Court being fully

advised:  IT IS HEREBY

      ORDERED that the Defendant receive the 3 levels reduction in the offense level

for acceptance of responsibility as provided by §3E1.1(b).

      SO ORDERED this 5th day of January, 2007.

                       BY THE COURT:


                       s/ Wiley Y. Daniel
                       WILEY Y. DANIEL
                       UNITED STATES DISTRICT JUDGE