IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Wiley Y. Daniel

Civil Action No. 07-cv-02576-WYD; 07-cv-00115; 07-cv-00116-WYD
Criminal Action No. 05-cr-00478-WYD; 06-cr-00283-WYD
06-cr-00304-WYD

UNITED STATES OF AMERICA,

v.

JAMES HUBER,

Movant.

---

## ORDER

---

After preliminary consideration of Movant's motion to vacate, set aside or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before January 3, 2008 shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated: December 12, 2007

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
UNITED STATES DISTRICT JUDGE